IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-00345-CBS-KMT

WEST BAY ONE, INC., a Florida corporation,
    Plaintiff,
v.

MOLLY OTTO,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters.

I.    Consent to Proceed by Magistrate Judge

On September 8, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* Doc. # 24).  This civil action will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 11-cv-00345-CBS-KMT**.

II.    Order of Reference

The Order of Reference dated February 22, 2011 (Doc. # 3) is hereby

1

VACATED.  This matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct any related proceedings as may facilitate settlement of this case.  Currently no settlement conference is set.

III.    Order

    A.    The deadlines, discovery limitations, and schedule set forth in the Scheduling Order dated June 9, 2011 (Doc. # 13) remain unchanged.

    B.    The memorandum referring Plaintiff's Motion for Leave to Grant Plaintiff's First Amended Complaint (Doc. # 21) is hereby VACATED.  The Motion shall be decided by Magistrate Judge Shaffer.

    C.    **A Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Thursday October 20, 2011 at 8:30 a.m.** to review the Scheduling Order and set a Final Pretrial Conference and a trial date.

DATED at Denver, Colorado, this 12th day of September, 2011.

                                      BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge