IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00345-CBS-KMT

WEST BAY ONE, INC., a Florida corporation,
    Plaintiff,
v.

MOLLY OTTO,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Motion for Leave to Grant Plaintiff's First Amended Complaint" (filed September 6, 2011) (Doc. # 21).  On September 8, 2011, this action was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* Doc. # 24).  The court has reviewed the Motion, the tendered "Plaintiff's First Amended Complaint" (Doc. # 19-1), the entire case file, and the applicable law and is sufficiently advised in the premises.  Plaintiff represents that Defendant does not oppose the Motion and no response or objection has been filed with the court.  Accordingly, IT IS ORDERED that:

    1.    Plaintiff's "Motion for Leave to Grant Plaintiff's First Amended Complaint" (filed September 6, 2011) (Doc. # 21) is GRANTED.  The tendered "Plaintiff's First Amended Complaint" (Doc. # 19-1) is accepted for filing as of the date of this Order.

    2.    In light of the filing of the First Amended Complaint adding a new

Defendant, the Status Conference set on Thursday October 20, 2011 at 8:30 a.m. is **VACATED AND RESET to Tuesday, December 6, 2011 at 10:00 a.m**, to allow for service on the additional Defendant and his appearance in the case. The Status Conference will be held with Magistrate Judge Shaffer in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294. At the Status Conference, the court will review the Scheduling Order and the status of the case and will set a Final Pretrial Conference and a trial date.

DATED at Denver, Colorado this 4th day of October, 2011.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge