IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-00345-CBS-KMT

WEST BAY ONE, INC., a Florida corporation,
    Plaintiff,
v.

MOLLY OTTO,
JEREMIAH OTTO,
    Defendants.

_____

ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL
_____

This civil action comes before the court on Plaintiff's "Notice of Dismissal" (filed October 19, 2011) (Doc. # 29), wherein Plaintiff indicates its wish to dismiss the case in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). On September 8, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* Doc. # 24).

Plaintiff represents that no Defendant objects to the dismissal. As Defendant Molly Otto filed an answer on May 9, 2011 (*see* Doc. # 8), and the Notice of Dismissal is not a stipulation signed by all parties who have appeared (*see* Fed. R. Civ. P. 41(a)(1)(A)(ii)), the court concludes that dismissal is proper by court order pursuant to Fed. R. Civ. P. 41(a)(2). The court now being sufficiently advised in the premises, IT IS ORDERED that:

1.    Plaintiff's Notice of Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear his, her, or its own fees and costs.

2.    All deadlines and settings, including the Status Conference set for December 6, 2011

at 10:00 a.m. are hereby VACATED.

    DATED at Denver, Colorado, this 19th day of October, 2011.

                                 BY THE COURT:

                                 s/Craig B. Shaffer
                                 United States Magistrate Judge